Appeal from Genesee, Elliott (Philip C.), J. Submitted Division 2 December 6, 1968, at Lansing. (Docket No. 4,182.) Decided December 19, 1968. Leave to appeal denied May 21, 1969. 382 Mich 755.

Lloyd F. Bonner was convicted of gross indecency. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, and *Dennis C. Karas,* Assistant Prosecuting Attorney, for the people.

*Lyndon J. Lattie,* for defendant on appeal.

PER CURIAM. Defendant was convicted of a charge of the crime of gross indecency, CL 1948, § 750.338 (Stat Ann 1954 Rev § 28.570), and was sentenced to 3 to 5 years.

Our examination of the record and briefs discloses no prejudicial error.

Affirmed.

T. G. KAVANAGH, P. J., and QUINN and MILLER, JJ., concurred.